CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

JAN 06 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **RONALD D. SEVER,** | ) | **CASE NO. 7:13CV00481** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **MR. R. W. WHITT,** *ET AL.*, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), plaintiff's motion to amend (ECF No. 25) is **DISMISSED** as moot, and this action is stricken from the active docket of the court.

**ENTER:** This 3rd day of January, 2014.

/s/ Glen E. Conrad
Chief United States District Judge